1026

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE
JOE MINES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 51503, William L. Brown, Jr., J., entered Jan-
uary 19, 1978. *Affirmed as modified* by unpublished opinion
per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

THE STATE OF WASHINGTON, *Respondent*, v. ALFRED
STANLEY PEYTON, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-1-00037-7, Carl L. Loy, J., entered
April 20, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff and Roe, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN B.
GRAFF, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 78-1-00064-4, Howard Hettinger, J.,
entered May 25, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by McInturff and Roe, JJ.

RICHARD J. SAUVE, *Appellant*, v. RUSSELL
L. JOHNSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 60505, Harry Hazel, J. Pro Tem.,
entered February 3, 1978. *Reversed* by unpublished opinion
per Munson, J., concurred in by McInturff and Roe, JJ.